USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/19

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2019

> *Time is excluded until the January 9, 2020. Pretrial conference.*
> *Interest of justice.*
> *A.K. Hellerstein*
> *12-11-19*

**By Email and ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Justin Harrigan,
            19 Cr. 864 (AKH)

Dear Judge Hellerstein:

    The Government writes in advance of the initial pretrial conference in the above-referenced case, which is scheduled for January 9, 2020 (the "January 9 Pretrial Conference"). On November 4, 2019, the defendant was presented before the Honorable Gabriel W. Gorenstein, Chief United States Magistrate Judge, and he was released from custody on that day, subject to certain bail conditions. On December 2, 2019, a Grand Jury in this District returned a one-Count Indictment against the defendant. On December 6, 2019, the defendant was arraigned on the Indictment, and the Honorable Barbara Moses set a control date of December 19, 2019, for a pre-trial conference (the "December 19 Control Date"). Judge Moses excluded time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through December 19, 2019. After the arraignment, a pretrial conference was scheduled by this Court for January 9, 2020.

    The Government writes to respectfully request that the time between the December 19 Control Date and the January 9 Pretrial Conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time (1) to produce and review discovery, and (2) to continue to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel has consented to this request.

                                              Respectfully submitted,

                                              GEOFFREY S. BERMAN
                                              United States Attorney for the
                                              Southern District of New York

                                  By: _____
                                      Kaylan E. Lasky
                                      Assistant United States Attorney
                                      (212) 637-2315

cc:  Tamara Giwa, Esq. (via email)