Case 1:19-cr-00864-AKH  Document 16  Filed 03/09/20  Page 1 of 1

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392



*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

MAR 09 2020

Southern District of New York
*Jennifer L. Brown*
*Attorney-in-Charge*

March 9, 2020

*The conf. is adjourned,*
*and time is excluded,*
*to April 24, 2020,*
*at 11:00am.*

*3-9-2020*
*Alvin Hellerstein*

**By ECF and FAX**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Justin Harrigan, 19 Cr. 864 (AKH)**

Dear Judge Hellerstein:

I write with the consent of the government to respectfully request an adjournment of Mr. Harrigan's conference, currently scheduled for March 13, 2020. Mr. Harrigan is currently participating in a job training program from 8 am – 5 pm every day. The program provides Occupational Safety and Health Act (OSHA) certification, as well as interview training and access to a network of employers. In order to graduate from the program on April 10, 2020, Mr. Harrigan must be present for all of the training sessions. Accordingly, I am requesting an adjournment to allow Mr. Harrigan to successfully complete his training.

Mr. Harrigan is out on bail and compliant with all mandates set forth by the Court and Pretrial Services. Mr. Harrigan reports regularly to Pretrial Services, and is testing negative for all illicit substances.

The parties propose April 22, 2020 as a conference date.

Thank you for your consideration.

Sincerely,

Tamara L. Giwa
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8719

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2020

Cc:    AUSA Kaylan Lasky (via ECF)