UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,

    -v-   **SCHEDULING ORDER**

    19 Cr. 864 (AKH)

JUSTIN HARRIGN,

    Defendant.
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties are hereby ordered to appear for a pre-trial conference on January 6, 2021 at 2:30 p.m., which will be held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

Finally, no later than January 5, 2021, at 4:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated: January 5, 2021      _____/s/_____
           New York, New York      ALVIN K. HELLERSTEIN
                                     United States District Judge